**FILED**

06/21/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0126

IN THE SUPREME COURT OF THE STATE OF MONTANA

SUPREME COURT CAUSE NO. DA 21-0126

STATE OF MONTANA,                               )
                                                )
                    Plaintiff/Appellees,        )
                                                )       **ORDER FOR**
          vs.                                   )       **ADDITIONAL TIME FOR**
                                                )       **FILING OPENING BRIEF**
CHARLEE BLAYLOCK,                               )
                                                )
                    Defendant/Appellant.        )

Upon review of the Defendant/Appellant Second Motion for Additional Time for Filing Opening Brief, and good cause therefrom;

It is hereby ORDERED that the Defendant/Appellant shall have an additional thirty (30) days from the due date of June 20th, 2021, to file their Opening Brief. Defendant/Appellants Opening Brief will be due July 20, 2021.

cc: Jami Rebsom
     Attorney General

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 21 2021